1  JUSTIN X. WANG (CSB #166183)
   BAUGHMAN & WANG
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Yiwen LI

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

                                                *E-FILED - 7/6/06*
8
   Yiwen LI                        )
9                                  )   Case No.: C 06-1915 RMW
                                   )
10           Plaintiff,             )
                                   )
11 Michael Chertoff, Secretary of the Department )  STIPULATION OF DISMISSAL;
   of Homeland Security;           )   ORDER
12 Emilio T. Gonzalez, Director, U.S. Citizenship )
   and Immigration Services;       )
13 Christina Poulos, Acting Director, )
   California Service Center, USCIS; )
14 Robert S. Mueller,              )
   Director of Federal Bureau of Investigation )
15

16     Subject to approval of the Court, the parties hereby stipulates as follows:

17     1.  Pursuant to Fed. R. Civ. P. 41 (a)(1), based on USCIS representation that this case is
           approved upon the Mandamus Action, Plaintiff hereby dismisses this action without
18         prejudice

19     2.  The parties will bear their own fees and costs.

20
   Dated: May 26, 2006
21                                          Respectfully submitted,
22

23                                          _____
                                            Justin X. Wang, Esq.
24                                          Attorney for Plaintiff

25

26 Dated: May 26, 2006
                                            _____
27                                          Edward A. Olsen
                                            Assistant U.S. Attorney
28                                          Counsel for Defendants

Case No.: C 06-1915 RMW
PLAINTIFF'S Stipulation of Dismissal                      F:\NANCY\Mandamus\LI, Yiwen\Stipulation of Dismissal.wpd

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: 7/6/06

/S/ RONALD M. WHYTE
Ronald M. Whyte
United States District Judge